IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEMIELI WRIGHT,<br><br>              Plaintiff,<br><br>    v.<br><br>LEATHER & COTTON, LLC,<br><br>              Defendant. | Civil Action No.: 1:19-cv-01024-TWP-TAB<br><br><br>NOTICE OF DISMISSAL |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.     Whereas Plaintiff Demieli Wright filed the above-referenced case against Defendant Leather & Cotton, LLC, on March 14, 2019.

2.     Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4.     Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint without prejudice.

Dated: February 14, 2020          Respectfully Submitted,

                                        *s/ Noah C. Thomas*
                                        Noah C. Thomas
                                        noah@chapmanlaw.com
                                        **CHAPMAN LAW LLC**
                                        420 Main Street, Suite 1202
                                        Evansville, IN 47708
                                        Phone: (812) 426-0600

                                        *Additional Counsel Listed Below.*

2

Benjamin J. Sweet
ben@sweetlawpc.com
**THE SWEET LAW FIRM, P.C.**
1145 Bower Hill Drive, Suite 104
Pittsburgh, PA 15243
Phone: (412) 857-5350

Jonathan D. Miller
jonathan@nshmlaw.com
Alison M. Bernal
alison@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Phone: (805) 963-2345

*Counsel for Plaintiff Demieli Wright*

2